IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID C. MAYHEW, PRO SE )
    Plaintiff, )
)
VS. )
) CASE NO. T.B.A.
)
D.L. YOUNG, WARDEN, ) DEMAND FOR JURY TRIAL
W. PISTORY, COUNSELOR, )
FEDERAL CORRECTIONAL INSTITUTION-BECKLEY, )
    Defendants. )

FILED MAY - 2 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

5:17-CV-2666

DECLARATION IN SUPPORT OF REQUEST FOR
LEAVE TO PROCEED IN FORMA PAUPERIS

David C. Mayhew states:

1. I am the plaintiff in the above-styled action. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. I am incarcerated in Federal Correctional Institution-Beckley.

3. I am presently employed as a unit orderly and at best earn $5.25 permonth.

4. I have no other source of income and do not own any cash, bank accounts, real estate, stocks, bonds, notes, automobiles, or other valuable property.

Pursuant to 28 U.S.C. § 146, I declare under penalty of perjury that the foregoing is true and correct.

Done this  20th  day of April, 2017.

Respectfully submitted,

_____
DAVID C. MAYHEW, PRO SE